Chicago Title and Trust Company, Appellee, v. Marie E. Fager et al., Defendants. Appeal of M. H. Kamm, Appellant.

Gen. No. 41,672.

opinion filed June 9, 1941. Joseph C.

Cowen, for appellant; Shulman, Shulman & Abrams and A. Edmund Peterson, for appellee; Meyer Abrams, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''